Shawna BELLER, Appellant,

v.

The STATE of Texas, Appellee.

No. 10–02–00282–CR.

Court of Appeals of Texas, Waco.

Jan. 26, 2005.

Karen Zellars, Spring, for appellant.

John S. Holleman, Polk County Dist. Atty., William Lee Hon, Polk County Asst. Dist. Atty., Livingston, for appellee.

**DISSENTING OPINION TO ABATE-MENT ORDER OF DECEMBER 1, 2004, ON PETITION FOR DISCRE-TIONARY REVIEW**

TOM GRAY, Chief Justice.

For the reasons stated in my dissenting opinion to the order withdrawing the judgment and opinion on petition for discretionary review, the Court lacks jurisdiction to issue an abatement order. *See Beller v. State,* No. 10–02–00282–CR, 2004 WL 3015320, at *1, 2004 Tex.App. LEXIS 10354, at *4 (Tex.App.-Waco Dec. 29, 2004, order) (per curiam) (Gray, C.J., dissenting). Accordingly, I dissent.